FILED IN
COURT OF CRIMINAL APPEALS

March 6, 2015

ABEL ACOSTA, CLERK

WR-80,099-01 (Kemos Marque Barnaby)
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/4/2015 2:29:49 PM
Accepted 3/4/2015 2:49:24 PM
ABEL ACOSTA
CLERK



# Brett W. Ligon

District Attorney

| | 9th Judicial District | |
|---|---|---|
| Phil Grant | 207 W. Phillips, 2nd Floor | Ofc: (936) 539-7800 |
| First Assistant District Attorney | Conroe, Texas 77301 | Fax: (936) 760-6940 |

February 27, 2015

Hon. Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

   Re: Case number WR-80,099-01, Trial Court Case number 09-04-04192-CR,
      styled *Ex parte Kemos Marque Barnaby.*

Dear Mr. Acosta:

Please be advised that the undersigned assistant district attorney will present oral argument on behalf of the State in the above-captioned case on April 1, 2015.

Thank you for your assistance in this regard.

           Sincerely,

           */s/ Jason Larman*
           JASON LARMAN
           Assistant District Attorney
           jason.larman@mctx.org (e-mail)

cc: Ms. Judith Shields
  Attorney for Appellant
  21 Waterway Ave., Suite 300
  The Woodlands, Texas 77380
  judithshieldsattorney@gmail.com